800 KINGS HIGHWAY NORTH ASSOCIATES v.
PPG INDUSTRIES, INC.

Dec. 20, 1979.   Cross-Petition for certification denied.

STATE OF NEW JERSEY v. PIERSON SPRINGSTEAD.

Dec. 20, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD BEECHER.

Dec. 20, 1979.   Petition for certification denied.

ANCHOR HOCKING CORPORATION v. STATE OF NEW JERSEY,
DEPARTMENT OF ENVIRONMENTAL PROTECTION.

Dec. 20, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM RASIEWICZ.

Dec. 20, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. DAVID GLENN.

Dec. 20, 1979.   Petition for certification denied.